# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**REDPRAIRIE CORPORATION,**

        Plaintiff,

        **-vs-**

**OREFIELD COLD STORAGE &**
**DISTRIBUTION CENTER, INC.,**

        Defendant.

Case No. 06-C-1138

## ORDER

Based upon the foregoing Stipulation, IT IS ORDERED that the action may be dismissed forthwith, without prejudice and without costs to any party; provided, however, that the parties' May 2007 Settlement Agreement and Mutual Release remains in full force and effect according to its terms, and that the parties' respective rights and obligations pursuant to that Agreement are unaffected by this dismissal.

Dated at Milwaukee, Wisconsin, this 18th day of June, 2007

        **SO ORDERED,**

        **s/ Rudolph T. Randa**
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**